**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

GREGORY L. KOOPMAN

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:03mj65/MD

**AFPD Thomas Keith**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR § 4.2 and FSS 322.34(2) | Driving With Suspended License Without Knowledge | 2/7/03 | One |

Count(s) Two  ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than September 30, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence: 1/5/07

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-5-2007

OFFICE OF CLERK

07 JAN -5 PM 3: 05

FILED